1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

11

STEWART MANAGO,

Case No.  1:21-cv-1464-HBK

12

Plaintiff,

ORDER DIRECTING PLAINTIFF TO
SUBMIT IFP APPLICATION OR PAY THE
FILING FEE

13

v.

14

KELLY SANTORO,

(Doc. No.  1)

15

Defendant.

16

17     Plaintiff initiated this action by filing a *pro se* civil rights complaint under 42 U.S.C. §

18   1983 on September 30, 2021.  (Doc. No. 1).  Plaintiff did not accompany his complaint with the

19   $402.00 filing fee or an application to proceed *in forma pauper is* under 28 U.S.C. § 1915.

20     Accordingly, it is **ORDERED**:

21     Within **thirty (30) days** of receipt of this order, Plaintiff shall either: (1) complete the

22   attached application to proceed *in forma pauperis*; or (2) pay the $402.00 filing fee.  If Plaintiff

23   fails to timely comply with this order, the undersigned will recommend the Court dismiss this

24   case for Plaintiff's failure to comply with a court order and/or prosecute this action.

25   Dated:    October 3, 2021

26                                          HELENA M. BARCH-KUCHTA
                                           UNITED STATES MAGISTRATE JUDGE

27

28