UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO,<br><br>  Plaintiff,<br><br>  v.<br><br>KELLY SANTORO, ET. AL.,<br><br>  Defendants. | Case No. 1:21-cv-01464-AWI-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 14) |

Plaintiff Stewart Manago is a state prisoner proceeding *pro se* on a Complaint filed under 42 U.S.C. § 1983. Doc. No. 1. This matter was referred to the assigned United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On April 15, 2021, the magistrate judge issued a findings and recommendations denying Plaintiff's motions for a preliminary injunction filed on January 27 and February 22, 2022, respectively. Doc. No. 14. The findings and recommendations, which was served on Plaintiff contained notice that objections to the findings and recommendations were to be filed within fourteen days. Id. at 1, 8. Plaintiff timely filed objections on May 2, 2022. Doc. No. 16. Within his objections, Plaintiff appear to seek to stay a ruling on his emergency motions until the court screens his complaint. Id. at 1-3.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No.-14) issued on April 15, 2022 are ADOPTED in full;

2. Plaintiff's motions for a preliminary injunction are denied;

3. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  July 15, 2022

SENIOR DISTRICT JUDGE