UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO,<br><br>            Plaintiff,<br><br>    v.<br><br>KELLY SANTORO, et al.,<br><br>            Defendants. | No. 1:21-cv-01464-KES-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 21) |

      Plaintiff Stewart Manago filed this prisoner civil rights action against Defendants under 42 U.S.C. § 1983. (Doc. 20.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On November 7, 2023, the Magistrate Judge issued Findings and Recommendations, recommending the District Court dismiss Plaintiff's First Amended Complaint for failure to state a claim. (*See* Doc. 21.) The Findings and Recommendations contained notice that any objections were to be filed within fourteen days after service. (*Id*. at 14). Plaintiff has not filed any objections and the time to do so has passed. (*See* Docket).

      According to 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and

1

Recommendations are supported by the record and proper analysis.  Thus, the Court ORDERS:

1. The Findings and Recommendations issued on November 7, 2023, (Doc. 21), are ADOPTED IN FULL.
2. This case is dismissed without prejudice.
3. The Clerk of Court shall terminate any pending motions and close this case.

IT IS SO ORDERED.

Dated:    March 26, 2024

UNITED STATES DISTRICT JUDGE

2